Lynne Haaland, pro per
4339 Ponca
Toluca Lake, CA 91501
818 262-5439
lhaaland@mineralstudios.com

FILED
CLERK, U.S. DISTRICT COURT
MAR 2 3 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

HON. JOHN A. KRONSTADT

| | |
|---|---|
| LYNNE HAALAND, PRO PER<br><br>Plaintiff,<br><br>vs.<br><br>CVS PHARMARCY, INC., A RHODE ISLAND CORP.<br><br>AND DOES 1 TO 10,<br><br>GARFIELD BEACH CVS, LLC,<br><br>Defendants. | Case No.: 2:18-cv-01115-JAK (MRWx)<br><br>REQUEST FOR PERMISSION OF THE COURT TO SUBMIT REVISED AMENDED COMPLAINT<br><br>MARCH 20, 2018<br><br>Hearing: May 21, 2018 at 8:30am |

Plaintiff Lynne Haaland, pro per, for her causes of action against the defendants, respectfully requests of the Court the following:

1. That I, Plaintiff, pro per Lynne Haaland, be permitted to submit a revised and amended complaint per Rule 15 (1)(b) to correct and add proper defendants, plus other information and which will allow me to respond to Defendants' motion to dismiss.

REQUEST FOR PERMISSION OF THE COURT TO SUBMIT REVISED AMENDED COMPLAINT MARCH 20, 2018 - 1

2. This case was properly and timely filed originally in state court and subsequently transferred to US Federal Court because of diversity. Thereafter I received a barrage of legal papers along with the Court's rules, and Fed. R Civ. P 7 for filing. While meeting the 30-day requirement under Fed. R. Civ. P 7 with this Court, I missed a 21-day filing to respond to Notice of Removal and Motion to Dismiss, which had been filed 02/16/18 and with questionable proof of service received by me.

3. I have been informed that: Absent compliance with the time requirements of this **Rule 15 (1)(b)** I may amend my complaint "…only with the opposing party's written consent or **the court's leave**." Counsel has since advised me that his client has given no such written consent.

**DEFENDANTS AND COUNSEL HAVE NOT BEEN PREJUDICED**

4. With this Hon Court's granting permission to amend, there is no apparent prejudice to defendants or defendants' counsel, as there is only a 7 days shortfall of the deadline to file this request within the 21-day time period since receiving the questionable Proof of Service until March 16, 2018, the Fed. R Civ P 7 filing date. Furthermore, defendants' counsel was sent and served by email on the same day with

REQUEST FOR PERMISSION OF THE COURT TO SUBMIT REVISED AMENDED COMPLAINTMARCH 20, 2018 - 2

the copy of the Complaint complying with Fed. R Civ P 7as presented to the Court on March 16, 2018.

5. On the other hand, I will be substantially prejudiced without the Court's permission, and I therefore would request a short extension of the time from today's request for the required filing of the amended complaint.

Respectfully submitted,

*/s/ Lynne Haaland*

Lynne Haaland, Plaintiff pro per     Dated   March 20, 2018

REQUEST FOR PERMISSION OF THE COURT TO SUBMIT REVISED AMENDED COMPLAINT MARCH 20, 2018 - 3

4339 Forca
Toluca Lake, CA
91501

ATTN:
Chambers
of Judge Kronstadt

United States District Ct
255 E Temple St
Los Angeles, CA 90012


CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY


1000
90012


U.S. POSTAGE
PAID
NEWBURY PARK, CA
91320
MAR 20 18
AMOUNT
$1.21
R2304H109123-1