# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Lynne Haaland,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CVS Pharmacy, Inc., a Rhode Island corporation, and DOES 1 to 20,<br><br>　　　　Defendants. | CASE NO.: LA CV18-01115 JAK (MRWx)<br><br>**JUDGMENT**<br><br>**JS-6** |

The Court having granted the Motion to Dismiss Plaintiff's Second Amended Complaint, filed by Defendant, GARFIELD BEACH CVS, L.L.C., on February 5, 2019, with prejudice, hereby orders, adjudges, and decrees that judgment be entered in favor of Defendant, GARFIELD BEACH CVS, L.L.C., and against Plaintiff, LYNNE HAALAND.

Pursuant to an agreement of the parties, Plaintiff, LYNNE HAALAND, has waived her right to pursue an appeal of her claims in this matter, and in exchange Defendant, GARFIELD BEACH CVS, L.L.C., has waived its right to pursue costs against Plaintiff, LYNNE HAALAND, pursuant to Fed. R. Civ. P. 54(d) and L.R. 54. Each party will bear their own costs of suit and fees.

IT IS SO ORDERED.

Dated: February 22, 2019

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE